UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:21-cv-23737-DPG

ALBERT SWAIN,

    Plaintiff,

v.

FULL CIRCLE FINANCIAL SERVICES, LLC

    Defendant.

_____/

Case No. 1:21-cv-23375-KMM

ALBERT SWAIN,

    Plaintiff,

v.

FULL CIRCLE FINANCIAL SERVICES, LLC

    Defendant.

_____/

## ORDER OF TRANSFER

GOOD CAUSE appearing that a transfer of this action is appropriate pursuant to the Court's Internal Operating Procedure 2.15.00 and Local Rule 3.8, due to **Case No. 1:21-cv-23737-DPG** being of the same subject matter and arising out of the same circumstances as in **Case No. 1:21-cv-23375-KMM** and subject to the consent of the Honorable K. Michael Moore, it is

ADJUDGED that the above-numbered action is transferred to the calendar of the Honorable Judge Moore for all further proceedings.

DONE AND ORDERED in Chambers at Miami, Florida, this 1st day of November, 2021.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

After reviewing the court file in the above-numbered actions, the undersigned hereby accepts the transfer of said case. Therefore, it is

ADJUDGED that all pleadings hereinafter filed shall bear **Case No. 1:21-cv-23737-KMM** thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

THE FOREGOING transfer is herewith accepted this  1st   day of November, 2021.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

c: All Counsel of Record
Clerk of Court